760 A.2d 779

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DERRICK ELLIS, DEFENDANT–PETITIONER.

July 26, 2000.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to consider whether trial counsel's failure to seek a hearing pursuant to *State v. Gross*, 121 *N.J.* 1, 577 *A.*2d 806 (1990), constituted ineffective assistance of counsel.

760 A.2d 779

IN THE MATTER OF CERTAIN AMENDMENTS TO THE ADOPTED AND APPROVED SOLID WASTE MANAGEMENT PLAN OF THE CAMDEN COUNTY SOLID WASTE MANAGEMENT DISTRICT (BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF CAMDEN).

September 8, 2000.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *In Re Passaic County Utilities Authority Petition Requesting Determination of Financial Difficulty and Application for Refinancing Approval*, 164 *N.J.* 270, 753 *A.*2d 661 (2000).